IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS MANUEL GUARDIOLA BARRETO     CASE NO. 12-04406 BKT

          Debtor(s)                Chapter 13

SANTANDER FINANCIAL SERVICES D/B/A
ISLAND FINANCE

          Movant

LUIS MANUEL GUARDIOLA BARRETO     FILED & ENTERED ON 06/11/2013
JOSE RAMON CARRION MORALES ,TRUSTEE

          Respondent(s)

## ORDER

     The Stipulation filed between Santander Financial Services and the debtor (docket #45) is hereby granted. Accordingly, the final hearing scheduled for 6/25/2013 at 9:00am is vacated.

     SO ORDERED.

     In San Juan, Puerto Rico, this 11 day of June, 2013.

                                                Brian K. Tester
                                            U. S. Bankruptcy Judge

C:     DEBTOR(S)
       JUAN O CALDERON LITHGOW
       JOSE RAMON CARRION MORALES
       SANTANDER FINANCIAL SERVICES D/B/A ISLAND FINANCE